NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

10-550

STATE OF LOUISIANA

VERSUS

OVIEDO T. GOMEZ

**********

APPEAL FROM THE
THIRTIETH JUDICIAL DISTRICT COURT
PARISH OF VERNON, NO. 73485
HONORABLE JOHN C. FORD, DISTRICT JUDGE

**********

ELIZABETH A. PICKETT
JUDGE

**********

Court composed of Sylvia R. Cooks, Oswald A. Decuir, and Elizabeth A. Pickett, Judges.

AFFIRMED. MOTION TO WITHDRAW GRANTED.

Annette Fuller Roach
Louisiana Appellate Project
P. O. Box 1747
Lake Charles, LA 70602-1747
(337) 436-2900
  Counsel for Defendant-Appellant:
  Oviedo T. Gomez

Hon. Asa Allen Skinner
District Attorney, 30th JDC
P. O. Box 1188
Leesville, LA 71496-1188
(337) 239-2008
  Counsel for Appellee:
  State of Louisiana

**PICKETT, Judge.**

## SUMMARY DISPOSITION

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396 (1967), Oviedo T. Gomez's appellate counsel has filed a brief stating that she has made a conscientious and thorough review of the trial court record and could find no errors on appeal that would support a reversal of the defendant's conviction for unauthorized use of a motor vehicle or sentence of ten years at hard labor. His counsel has filed a motion to withdraw.

We have reviewed the entire record in this case and find no errors patent or issues which support an assignment of error on appeal. Therefore, the defendant's conviction and sentence are affirmed and counsel's motion to withdraw is granted.

**AFFIRMED. MOTION TO WITHDRAW GRANTED.**

This opinion is NOT DESIGNATED FOR PUBLICATION.
Rule 2-16.3, Uniform Rules, Courts of Appeal.